IN T HE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLIAN
FLORENCE DIVISION

| | | |
|---|---|---|
| LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Inc., | ) ) | Civil Action No. 4:19-cv-00959-RBH |
| Plaintiff, | ) | |
| v. | ) ) | |
| CNA INSURANCE GROUP, NATIONWIDE INSURANCE COMPANY, LLOYD'S OF LONDON, ATAIN INSURANCE COMPANIES f/k/a USF INSURANCE COMPANY, NATIONAL TRUST INSURANCE COMPANY, FIRST FINANCIAL INSURANCE COMPANY, PENN AMERICA INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY, STARSTONE NATIONAL INSURANCE COMPANY f/k/a TORUS SPECIALTY COMPANY, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL AS TO NATIONAL TRUST INSURANCE COMPANY ONLY** |
| Defendants. | ) ) | |

PLEASE TAKE NOTICE that the Plaintiff hereby voluntarily dismisses the above-captioned action as to **National Trust Insurance Company only.**

                    ROSEN HAGOOD, LLC

                    s/James A. Bruorton, IV
                    James A. Bruorton, IV
                    Fed. ID No. 9302
                    151 Meeting Street, Suite 400
                    P.O. Box 893
                    Charleston, SC  29402
                    (843) 577-6726
                    cbruorton@rrhlawfirm.com

                    ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
April 18, 2019