IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLIAN
FLORENCE DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Inc., <br>                      Plaintiff, <br> v. <br><br> CNA INSURANCE GROUP, NATIONWIDE INSURANCE COMPANY, LLOYD'S OF LONDON, ATAIN INSURANCE COMPANIES f/k/a USF INSURANCE COMPANY, NATIONAL TRUST INSURANCE COMPANY, FIRST FINANCIAL INSURANCE COMPANY, PENN AMERICA INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY, STARSTONE NATIONAL INSURANCE COMPANY f/k/a TORUS SPECIALTY COMPANY, <br>                      Defendants. | Civil Action No. 4:19-cv-00959-RBH <br><br> **NOTICE OF VOLUNTARY DISMISSAL AS TO STARSTONE NATIONAL INSURANCE COMPANY f/k/a TORUS SPECIALTY COMPANY** |

PLEASE TAKE NOTICE that the Plaintiff hereby voluntarily dismisses the above-captioned action as to **Starstone National Insurance Company f/k/a Torus Specialty Company only.**

                                                ROSEN HAGOOD, LLC

                                                s/James A. Bruorton, IV
                                                James A. Bruorton, IV
                                                Fed. ID No. 9302
                                                151 Meeting Street, Suite 400
                                                P.O. Box 893
                                                Charleston, SC  29402
                                                (843) 577-6726
                                                cbruorton@rrhlawfirm.com

                                                ATTORNEY FOR PLAINTIFF

Charleston, South Carolina
June 19, 2019