IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Inc., <br>          Plaintiff, <br> v. <br><br> CNA INSURANCE GROUP, NATIONWIDE INSURANCE COMPANY, LLOYD'S OF LONDON, ATAIN INSURANCE COMPANIES f/k/a USF INSURANCE COMPANY, NATIONAL TRUST INSURANCE COMPANY, FIRST FINANCIAL INSURANCE COMPANY, PENN AMERICA INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY, STARSTONE NATIONAL INSURANCE COMPANY f/k/a TORUS SPECIALTY COMPANY, <br>          Defendants. | Civil Action No. 4:19-cv-00959-RBH <br><br> **CONSENT ORDER TO CORRECT NAME OF DEFENDANT CNA TO NATIONAL FIRE INSURANCE COMPANY OF HARTFORD** |

   This matter is before the Court on Plaintiff's Motion to Correct Name of Defendant CNA Insurance Group ("CNA"). The Court finds that the Defendants will not be prejudiced by the amendment that National Fire Insurance Company of Hartford should be added as a Defendant to this lawsuit, that CNA should be dismissed as a party defendant from this lawsuit, and that the caption be amended accordingly. It is therefore

   ORDERED that the caption of this action be revised as indicated above to include the correct name of Defendant National Fire Insurance Company of Hartford and to remove CNA from the caption.

AND IT IS SO ORDERED.

July 29, 2019                                             s/R. Bryan Harwell
Florence, South Carolina                         R. Bryan Harwell
                                                              Chief United States District Judge

ON MOTION OF:                                    I CONSENT

_Elizabeth F. Nicholson_____       s/J. Boone Aiken III_____
James A. Bruorton IV (Fed. ID No. 9302)    J. Boone Aiken, III (Fed. ID No. 269)
Elizabeth F. Nicholson (Fed. ID No. 12402) J. David Banner (Fed. ID No. 7218)
Rosen Hagood, LLC                                   Aiken Bridges
151 Meeting Street, Suite 400                     P.O. Drawer 1931
Charleston, SC 29401                                 Florence, SC  29503
**Attorney for Lendlease (US) Construction Inc.**  **Attorneys for National Fire Insurance Company of Hartford**