IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lendlease (US) Construction Inc, *formerly known as Bovis Lend Lease Inc, now known as Lendlease*, | ) ) ) ) | Civil Action 4:19-cv-00959-JD |
| Plaintiffs, | ) | ORDER OF DISMISSAL |
| vs. | ) ) | |
| Nationwide Insurance Company; et. al, | ) ) | |
| Defendant. | ) | |

The Court having been advised by counsel for Plaintiff that Plaintiff and Defendant, Princeton Express & Surplus Lines Insurance Company, have agreed to settle this action,

IT IS ORDERED that this action is hereby dismissed as to Princeton Express & Surplus Lines Insurance Company, without costs and without prejudice. If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar. Rule 60(b)(6), F.R.Civ.P. In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement. <u>Fairfax Countywide Citizens v. Fairfax County</u>, 571 F.2d 1299 (4th Cir. 1978). By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement. <u>Kokkonen v. Guardian Life Ins. Co.</u>, 511 U.S. 375, 381-82 (1994).

The dismissal hereunder shall be <u>with prejudice</u> if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Joseph Dawson, III
Joseph Dawson, III
United States District Judge

February 9, 2021
Florence, South Carolina