# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF SOUTH CAROLINA

# FLORENCE DIVISION

| | | |
|---|---|---|
| **Lendlease (US) Construction, Inc. f/k/a Bovis Lend Lease, Inc. n/k/a Lendlease,** | ) ) ) | **Case No.: 4:19-cv-00959-JD** |
| **Plaintiffs,** | ) ) | |
| v. | ) ) | |
| **Nationwide Insurance Company, Atain Insurance Companies f/k/a USF Insurance Company, First Financial Insurance Company, Penn America Insurance Company, Aspen Specialty Insurance Company, United National Insurance Company, James River Insurance Company, National Fire Insurance Company of Hartford, Certain Underwriters for Lloyds of London; Evans Insurance Company,** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **STIPULATION OF DISMISSAL AS TO FIRST FINANCIAL INSURANCE COMPANY** |
| **Defendants.** | ) | |

The undersigned hereby stipulate and agree that Plaintiff's causes of action against Defendant First Financial Insurance Company are dismissed, with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. This Stipulation of Dismissal does not end this case.

By:     s/ Elizabeth F. Nicholson___
        James A. Bruorton, IV (Fed. ID No. 9302)
        Elizabeth F. Nicholson (Fed. ID No.
        Rosen Hagood, LLC
        151 Meeting Street, Suite 400
        P.O. Box 893
        Charleston, SC 29402
        (843) 577-6726
        cbruorton@rosenhagood.com
        enicholson@rosenhagood.com
        **Attorneys for Plaintiff**

By:     s/ W. James Flynn
W. James Flynn, Esquire
Goodman McGuffey, LLP
7 Technology Circle, Suite 460
Columbia, SC 29203
jflynn@gm-llp.com
**Attorney for Nationwide Mutual Fire Insurance Company and Nationwide Mutual Insurance Company**

By:     s/ Emmett E. McGowan, III
J. Boone Aiken, III, Esquire
J. David Banner, Esquire
Aiken Bridges
P.O. Drawer 1931
Florence, SC 29503
jba@aikenbridges.com
jdb@aikenbridges.com
AND
Emmett E. McGowan, III, Esquire
100 Matsonford Road, Suite 200
Three Radnor Corporate Center
Radnor, PA 19087
Emmett.mcgowan@cna.com
**Attorneys for National Fire Insurance Company Of Hartford**

By:     s/Richard E. McLawhorn, Jr.
Mark S. Barrow, Esquire
Richard E. McLawhorn, Jr.
Sweeny, Wingate & Barrow, PA
P.O. Box 12129
Columbia, SC 29211
msb@swblaw.com
brg@swblaw.com
rem@swblaw.com
**Attorneys for First Financial Insurance Co.**

By:     s/ Christina B. Humphries
Lindsey W. Cooper, Jr., Esquire
Christina B. Humphries, Esquire
Law Offices of L.W. Cooper
36 Broad Street
Charleston, SC 29401
lwc@lwcooper.com
christina@lwcooper.com

**Attorneys for Atain Specialty Insurance Company**

By:     s/ Timothy J. Newton
Timothy J. Newton, Esquire
Murphy & Grantland, PA
P.O. Box 6648
Columbia, SC 29260
tnewton@murphygrantland.com
**Attorney for Penn-America Insurance Co., James River Ins. Co. and United National Ins. Co.**

By:     s/Shelley S. Montague
Shelley S. Montague, Esquire
Gallivan, White & Boyd, P.A.
1201 Main Street, Suite 1200
P.O. Box 7368
Columbia, SC 29202
smontague@gwblawfirm.com
**Attorney for Aspen Specialty Insurance Co.**

By:     s/Gray T. Culbreath
Gray T. Culbreath
Gallivan White Boyd
1201 Main Street, Suite 11200
Columbia, SC 29201
gculbreath@gwblawfirm.com
**Attorney for Certain Underwriters at Lloyd's, London**

By:     s/ Amy Harmon Geddes
Amy Harmon Geddes, Esquire
Nexsen Pruet, LLC
1230 Main Street, Suite 700
P.O. Drawer 2426
Columbia, SC 29202
ageddes@nexsenpruet.com
**Attorneys for Princeton Express & Surplus Lines Company**