IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Lendlease (US) Construction Inc, f/k/a Bovis Lend Lease Inc, n/k/a now known as Lendlease, | ) ) ) ) | Civil Action 4:19-cv-00959-JD |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| Nationwide Insurance Company; Atain Insurance Companies, f/k/a USF Insurance Company; First Financial Insurance Company; Penn America Insurance Company; Aspen Specialty Insurance Company; United National Insurance Company; James River Insurance Company; National Fire Insurance Company of Hartford; Certain Underwriters for Lloyds of London; Evans Insurance Company, Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |

        The Court having been advised by counsel for Plaintiff that Plaintiff and Defendant's Atain Specialty Insurance Companies f/k/a USF Insurance Company, Penn America Insurance Company, United National Insurance Company, James River Insurance Company, and Aspen Specialty Insurance Company, have agreed to settle this action,

        IT IS ORDERED that this action is hereby dismissed without costs and without prejudice.  If settlement is not consummated within sixty (60) days, either party may petition the Court to reopen this action and restore it to the calendar.  Rule 60(b)(6), F.R.Civ.P.  In the alternative, to the extent permitted by law, either party may within sixty (60) days petition the Court to enforce the settlement.  Fairfax Countywide Citizens v. Fairfax County, 571 F.2d 1299 (4th Cir. 1978).  By agreement of the parties, the court retains jurisdiction to enforce the settlement agreement.  Kokkonen v. Guardian Life Ins. Co., 511 U.S. 375, 381-82 (1994).

        The dismissal hereunder shall be with prejudice if no action is taken under either alternative within sixty (60) days from the filing date of this order.

IT IS SO ORDERED.

s/Joseph Dawson, III
Joseph Dawson, III
United States District Judge

February 25, 2021
Florence, South Carolina