IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLIAN
FLORENCE DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., f/k/a Bovis Lend Lease, Inc.,<br>Plaintiff,<br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, CERTAIN UNDERWRITERS FOR LLOYD'S OF LONDON and EVANSON INSURANCE COMPANY,<br>Defendants. | Civil Action No. 4:19-cv-00959-JD<br><br><br><br><br>**PLAINTIFF'S MOTION FOR RECONSIDERATION** |

**COMES NOW** Plaintiff, Lendlease (US) Construction, Inc. ("Lendlease") by and through its undersigned attorneys, which respectfully submits this Motion for Reconsideration pursuant to FRCP 54 of the Court's Order [Docket Entry 170] on Defendant Nationwide Mutual Insurance Company's ("Nationwide") Motion for Summary Judgment [Docket Entry 103]. This motion is supported by the supporting memorandum of law, the pleadings and exhibits filed in this case and arguments of counsel at any hearing on this Motion.

WHEREFORE, for the reasons set forth above, Plaintiff respectfully prays that this Honorable Court grant this Motion for Reconsideration of the Court's Order granting Nationwide's Motion for Summary Judgment.

[SIGNATURE ON FOLLOWING PAGE]

        ROSEN HAGOOD, LLC

        s/*Elizabeth F. Nicholson*
        James A. Bruorton, IV
        Fed. ID No. 9302
        Elizabeth F. Nicholson
        Federal ID No. 12402
        151 Meeting Street, Suite 400
        P.O. Box 893
        Charleston, SC  29402
        (843) 577-6726
        cbruorton@rosenhagood.com
        enicholson@rosenhagood.com

        **ATTORNEYS FOR PLAINTIFF**

Charleston, South Carolina
July 5, 2022