# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| LENDLEASE (US) CONSTRUCTION INC., F/K/A BOVIS LEND LEASE, INC. N/K/A LENDLEASE,<br>　　　　　　　　　　Plaintiff,<br>v.<br><br>NATIONAL FIRE INSURANCE COMPANY OF HARTFORD, NATIONWIDE INSURANCE COMPANY, CERTAIN UNDERWRITERS FOR LLOYD'S OF LONDON, ATAIN INSURANCE COMPANIES f/k/a USF INSURANCE COMPANY, FIRST FINANCIAL INSURANCE COMPANY, PENN AMERICA INSURANCE COMPANY, ASPEN SPECIALTY INSURANCE COMPANY, UNITED NATIONAL INSURANCE COMPANY, JAMES RIVER INSURANCE COMPANY, PRINCETON EXPRESS & SURPLUS LINES INSURANCE COMPANY and EVANSTON INSURANCE COMPANY,<br>　　　　　　　　　　Defendants.<br>_____ | Civil Action No. 4:19-cv-00959-RBH<br><br><br><br>**LENDLEASE (US) CONSTRUCTION'S NOTICE OF APPEAL AS TO NATIONWIDE INSURANCE COMPANY** |

　　　　Notice is hereby given that Plaintiff, Lendlease (US) Construction Inc. f/k/a Bovis Lend Lease, Inc. ("Lendlease") in the above-captioned case, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Order of the United States District Court for the District of South Carolina, Florence Division entered in this action on the 24th day of June, 2022 [ECF No. 170], a copy of which is attached as **Exhibit A**, granting Nationwide Insurance Company's Motion for Summary Judgment in this declaratory judgment action.  Plaintiff Lendlease timely filed a Motion for Reconsideration as to the Order Granting Nationwide's Motion for Summary Judgment [ECF No. 175].  An Order denying Plaintiff's Motion for

Reconsideration of the Order Granting Nationwide Insurance Company's Motion for Summary Judgment was issued on the 27th day of July 2022 [ECF No. 180].

          ROSEN HAGOOD, LLC

    By:  __*s/* Elizabeth Foy Nicholson_____
       Elizabeth F. Nicholson (Fed. Bar No. 12402)
       James A. Bruorton, IV (Fed. Bar No. 9302)
       Rosen Hagood, LLC
       151 Meeting Street, Suite 400
       P.O. Box 893
       Charleston, SC  29402
       (843) 577-6726
       enicholson@rosenhagood.com
       cbruorton@rosenhagood.com

**ATTORNEYS FOR PLAINTIFF**

DATED:        August 26, 2022
                Charleston, South Carolina

## CERTIFICATE OF SERVICE

I, Elizabeth Foy Nicholson, do hereby certify that I am over 18 years of age, am not a party to the instant action, and that a true and correct copy of this Notice of Appeal, was served on all counsel of record via the Court's Electronic Case Filing System on this 26th day of August, 2022.

    By: /s/ *Elizabeth Foy Nicholson*
    Elizabeth Foy Nicholson, Esquire
    Rosen Hagood, LLC